

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00287-CR

Sandra **MORTIMER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9808
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d), 37.1.

SIGNED July 23, 2014.

_____
Karen Angelini, Justice